An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY SCOTT HERMANSKI A/K/A
ROBERT JAMES DAY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65298

GREGORY SCOTT HERMANSKI A/K/A
ROBERT JAMES DAY,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65389

**FILED**

MAY 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER ADMINISTRATIVELY CLOSING APPEAL IN DOCKET NO. 65389

These are proper person appeals from an order denying a post-conviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

On March 24, 2014, appellant filed a proper person notice of appeal from a decision denying his post-conviction petition for a writ of habeas corpus. The appeal from this decision was docketed in this court in Docket No. 65298. Appellant filed a second notice of appeal from the decision to deny his habeas corpus petition on April 4, 2014, and that appeal was inadvertently docketed as a separate case in Docket No. 65389. Accordingly, we direct the clerk of this court to administratively close the

14-15685

appeal in Docket No. 65389 and transfer to Docket No. 65298 all documents filed or received in Docket No. 65389.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Elissa F. Cadish, District Judge
Gregory Scott Hermanski
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk